IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAMUEL PAUL BLAKE,

    Petitioner,

-vs-

MARCUS HARDY,

    Respondent.           No. 10-cv-238-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 16, 2013, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice** as all of petitioner's claims are either procedurally defaulted, non-cognizable, or meritless.

                    NANCY J. ROSENSTENGEL,
                    CLERK OF COURT

                    BY:  s/*Sara Jennings*
                            Deputy Clerk

**DATED:** September 16, 2013

Digitally signed by David R. Herndon
Date: 2013.09.16 12:34:43 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT